**Dismissed and Memorandum Majority and Dissenting Opinions filed August 30, 2019.**



In the

# Fourteenth Court of Appeals

---

### NO. 14-18-00270-CV

---

### DON WADE, Appellant

### v.

### HOUSEHOLD FINANCE CORPORATION III, Appellee

---

**On Appeal from the County Court at Law**
**Caldwell County, Texas**
**Trial Court Cause No. 6311**

---

### MEMORANDUM DISSENTING OPINION

This is an eviction case; it arises out of a forcible-detainer proceeding in the justice court. *See* Tex. Prop. Code Ann. §§ 24.002, .004. After losing in the justice court, Don Wade appealed to the county court at law. *See* Tex. R. Civ. P. 506.3. The county court at law rendered a summary judgment in favor of Household Finance Corporation III.

The justice court has jurisdiction to determine who has a superior right of

possession in eviction suits. Tex. Prop. Code Ann. §§ 24.001, .004. The district court has jurisdiction to determine questions of title. Tex. Const. art. V, § 8; Tex. Gov't Code Ann. § 26.043. We must review the judgment before us, and any question of title cannot be determined in an eviction suit. *See* Tex. R. Civ. P. 510.3(e).

Rather than dismiss the appeal, I would decide the merits of Wade's appeal to the extent that (1) it relates to a determination of superior right of possession and (2) it raises a legitimate issue regarding the authority of the judge of the county court at law to act.

I respectfully dissent from the dismissal of the appeal for want of prosecution.


/s/    Charles A. Spain
Justice


Panel consists of Justices Wise, Zimmerer, and Spain. (Spain, J., dissenting.)